FILED

12 JUN -6 PM 12: 12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN SABLAN BABAUTA,<br><br>　　　　　Defendant. | Case No. 10CR5080-DMS<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE THE BOND, AND PASSPORT BE RELEASED BY PRETRIAL IF HELD |

Upon oral motion of the UNITED STATES OF AMERICA on December 14, 2011 and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 6-6-12 .

HONORABLE CATHY ANN BENCIVENGO
United States District Judge